# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**THE ESTATE OF ANDREW TYLER**  **PLAINTIFF**
**PENNINGTON, DECEASED**

**V.**  **NO. 1:16-CV-110-DMB-DAS**

**SOUTHERN MOTION, INC.**  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order entered this day, this action is fully and finally **DISMISSED with prejudice**.

**SO ORDERED**, this 6th day of December, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**